**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Ethan Daniel MAIHLE, Petitioner**

**No. 186 WAL 2017**

Supreme Court of Pennsylvania.

October 23, 2017

## ORDER

PER CURIAM

**AND NOW**, this 23rd day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.

■

**John E. BARRETT, Petitioner**

v.

**No. 225 WAL 2017**

Supreme Court of Pennsylvania.

October 24, 2017

## ORDER

PER CURIAM

**AND NOW**, this 24th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.

■

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Vernon WILLIAMS, Petitioner**

**No. 208 WAL 2017**

Supreme Court of Pennsylvania.

October 24, 2017

## ORDER

PER CURIAM

**AND NOW**, this 24th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.